UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE WOODS,

    Petitioner,

v

KENNETH McKEE,

    Respondent.

_____/

Case No. 1:07-cv-1259

HON. JANET T. NEFF

## FINAL ORDER

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 38) are DENIED and the Report and Recommendation of the Magistrate Judge (Dkt 25) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (Dkt 1) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.

Date: January 28, 2011

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge